# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ELROY RICHMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VETERANS AFFAIRS HOSPITAL, ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-2306-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Veterans Affairs Hospital's Motion to Dismiss, filed on May 3, 2018 (ECF No. 2), and the Court having entered an Order of Dismissal (ECF No. 9),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting the Report and Recommendation, this action is DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

/s Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

August 21, 2018
Date